783 A.2d 723

IN THE MATTER OF OLIVER W. CATO, AN ATTORNEY AT LAW.

November 16, 2001.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 00–223, concluding that a letter of admonition should be issued to **OLIVER W. CATO** of **MAPLEWOOD**, who was admitted to the bar of this State in 1977, for violation of *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to communicate with client) and *RPC* 5.5 and *Rule* 1:21–1 (failure to maintain a *bona fide* office), and good cause appearing;

It is ORDERED that the Disciplinary Review Board is authorized to issue a letter of admonition to respondent; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.